IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TEXAS PATENT IMAGING, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00358-JRG |
| vs. | § § | LEAD CASE |
| LEICA CAMERA, INC. et al | § § | |
| Defendant. | § § | |
| TEXAS PATENT IMAGING, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00360-JRG |
| vs. | § § | CONSOLIDATED CASE |
| OLYMPUS CORPORATION et al | § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Texas Patent Imaging, LLC's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice. Having considered the circumstances surrounding this matter, as well as the fact that the matter stands fully resolved, the Court finds that the motion should be granted.

Therefore, IT IS ORDERED that all claims between Texas Patent Imaging, LLC and Olympus Corporation and Olympus Corporation of the Americas are dismissed with prejudice, each party to bear its own fees and costs.

**SIGNED this 12th day of October, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE